*Commonwealth v. Kimball,* 555 Pa. 299, 724 A.2d 326 (1999).

■

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Raymond E. HAUN, Respondent.**

Supreme Court of Pennsylvania.

Jan. 3, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

> Whether a petitioner who, following con- viction, admits and maintains his guilt of the crimes for which he was convicted shall be denied the right to seek relief under the Post Conviction Relief Act, in light of the statute's language limiting relief to, *inter alia,* "persons convicted of crimes they did not commit." 42 Pa.C.S.A. § 9542.

In briefing this issue, the parties are di- rected to discuss following decisions: *Com- monwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999), *Commonwealth v. Ches- ter,* 557 Pa. 358, 733 A.2d 1242 (1999), and

■

**Mabel COTTLE, Petitioner**

v.

**TENET HEALTH GRADUATE, LLC,** **Graduate Hospital d/b/a Tenet Health System Graduate, LLC, Tenet Health System Graduate, LLC d/b/a/ Gradu- ate Hospital and Dr. Jay Morros, M.D.**

v.

**EPMG of Pennsylvania,** **P.C., Respondents.**

Supreme Court of Pennsylvania.

Jan. 3, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

> Whether a board certified obstetri- cian/gynecologist may, under Section 512 of the MCARE Act, testify regard- ing an emergency room physician's stan- dard of care concerning an alleged mis-

diagnosis of a patient with an ectopic pregnancy?